**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02730-CMA-MEH

MATTHEW SNIDER, and
JEANETTE SNIDER,

      Plaintiffs,

v.

BAC HOME LOANS SERVICING, LP, and
FEDERAL HOME LOAN MORTGAGE CORPORATION,

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 26, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Magistrate Judge Michael E. Hegarty's

Recommendation To Dismiss for Failure To Prosecute (Doc. # 47), filed January 26,

2011.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C.

§ 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections

were due within 14 days after being served with a copy of the Recommendation.

(Recommendation at 1.)  Despite this advisement, no objections to the Magistrate

Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may
> review a magistrate. . . [judge's] report under any standard it
> deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167
> (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150
> (1985) (stating that "[i]t does not appear that Congress

intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Hegarty is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above-captioned action should be dismissed. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Michael E. Hegarty (Doc. # 47), filed January 26, 2011, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that:

1.      This case is hereby DISMISSED WITH PREJUDICE for Plaintiffs' failure to prosecute;

2.      Plaintiffs' Motion for Temporary Restraining Order (Doc. # 11; Defendants' Motion to Dismiss First Amended Complaint (Doc. # 20); and Plaintiffs' Emergency Motion to Set Aside Sale, Vacate Default Judgment and Allow Defendants [sic] Back in Their Home (Doc. # 24) are DENIED AS MOOT.

DATED:  February __16__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2